# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

STEVEN FILS,

           Plaintiff,

       v.

LOUIS DEJOY, *et al.*,

           Defendants.

Civil Action No. 23-409 (MAS) (RLS)

**ORDER WITHDRAWING COMPLAINT**

This matter comes before the court upon its own Motion, and it appearing that by letter of January 25, 2023, (ECF No. 3) the Clerk informed *pro se* Plaintiff that their complaint would be deemed withdrawn if Plaintiff failed to pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP"), and it further appearing that Plaintiff has failed to pay the filing fee or submit an application to proceed IFP within the time frame provided in the Clerk's letter,

**IT IS**, on this 17th day of April, 2023,

**ORDERED** that Plaintiff's complaint be and hereby is deemed **withdrawn** and the Clerk is directed to close the file;

**ORDERED** that upon the payment of the filing fee or the submission of a completed, signed application to proceed IFP, Plaintiff may move to reopen this matter; and it is further

**ORDERED** that the Clerk's Office shall forward a copy of this Order to Plaintiff via regular mail and shall enter a notation on the docket indicating the date upon which this Order of Withdrawal of Complaint was forwarded to Plaintiff via regular mail.

                                                        s/ Michael A. Shipp
                                                        **MICHAEL A. SHIPP**
                                                        **UNITED STATES DISTRICT JUDGE**